No. 258. MAY ET AL. *v.* MARBURY ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. U. G. Hahn* and *Joseph Higgins* for petitioners. *Mr. Albert Williams* for respondents.

No. 259. E. C. ATKINS & Co. *v.* DUNN, AUDITOR. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph J. Daniels, Samuel Ashby,* and *Albert Baker* for petitioner. *Messrs. William H. Thompson* and *Albert L. Rabb* for respondent.

No. 260. AVERY *v.* VERNON ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George P. Lemm* for petitioner. *Mr. W. Gwynn Gardiner* for respondents.

No. 262. BRILEY ET AL. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edwin W. Sims* and *Elwood G. Godman* for petitioners. *Solicitor General Thacher, Assistant to the Attorney General O'Brian* and *Messrs. Claude R. Branch, Charles H. Weston,* and *W. Marvin Smith* for the United States.

No. 265. MOORE *v.* BALTIMORE & OHIO R. Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr.*